IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DERRICK STEVENS, | § | |
| | § | No. 292, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2203012725 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: October 11, 2024
Decided: October 29, 2024

## **<u>ORDER</u>**

On September 24, 2024, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of September 9, 2024. Postal records show that the notice to show cause was delivered by September 30, 2024. A timely response to the notice to show cause was due by October 10, 2024.[1] To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] Supr. Ct. 29(b) (requiring a response to the notice to show cause within ten days of receipt of the notice).

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice